UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Roderick Lancaster

Write the full name of each plaintiff.

-against-

Yonkers City Court (House)
District Attorney's Office

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**26 CV 2949**

No. _____
(To be filled out by Clerk's Office)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No



RECEIVED
APR - 9 2026
PRO SE OFFICE

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Roderick _____ S _____ Lancaster _____
First Name          Middle Initial          Last Name

Rod _____
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

198330 _____
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Westchester County Jail _____
Current Place of Detention

P.O. Box 10 _____
Institutional Address

Westchester, Valhalla _____    N.Y. _____    10595 _____
County, City          State          Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

Page 2

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

_____

First Name                      Last Name                      Shield #

DISTRICT ATTURNEY or ASST. District Attorney

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                          State                      Zip Code

Defendant 2:

_____

First Name                      Last Name                      Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                          State                      Zip Code

Defendant 3:

_____

First Name                      Last Name                      Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                          State                      Zip Code

Defendant 4:

_____

First Name                      Last Name                      Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                          State                      Zip Code

## V.   STATEMENT OF CLAIM

Place(s) of occurrence:   WESTCHESTER COUNTY JAIL

Date(s) of occurrence:

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I HAD two (2) seperate cases for the charge of CRIMINAL CONTEMPT AgAiNST me DISMISSED And/or thrown AWAy After serving Approximately 74 days in jail for those crimes.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I suffered emotional trauma for being in jail for so long for something I felt I would be acquitted for.

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

I would like one Hundred ($100) dollars for every day I was in jail under those specific charges. Just that being seven thousand four hundred ($7,400) dollars.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.


Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 4 - 4 - 2026 | | | | RD |
|---|---|---|---|---|
| **Dated** | | | | **Plaintiff's Signature** |
| Roderick | | S. | | Lancaster |
| **First Name** | | **Middle Initial** | | **Last Name** |
| P.O. Box 10 | W.C.J. | | 10 Woods Road | |
| **Prison Address** | | | | |
| Westchester, Valhalla | | NY | | 10595 |
| **County, City** | | **State** | | **Zip Code** |


Date on which I am delivering this complaint to prison authorities for mailing:   4-4-26

Page 6

Roderick Lancastrer #198330

P.O. Box 10

10 Woods Road

Valhalla, N.Y. 10595

RECEIVED
SDNY PRO SE OFFICE
2026 APR -9 PM 3:59

WESTCHESTER NY 105
6 APR 2026 PM 4 L



FOREVER / USA

PRO SE INTAKE UNIT

500 PEARL UNIT

N.Y., N.Y. 10007

10007-131699